**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number (if known) _____    Chapter  11

☐ Check if this is an amended filing

---

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | 286 Grand Avenue LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 93-2339755 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| One Lewis Wharf<br>Boston, MA 02110<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Suffolk<br>County | Location of principal assets, if different from principal place of business<br>286 Grand Avenue Falmouth, MA 02540-3799<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. <br> ☐ Yes. |
|---|---|---|

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No <br> ☐ Yes. |
|---|---|---|

Debtor  **286 Grand Avenue LLC** _____ Case number (if known) _____
Name

| List all cases. If more than 1, attach a separate list | Debtor _____ District _____ | When _____ | Relationship _____ Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 20, 2025
             MM / DD / YYYY

X /s/ William P. Senne                                William P. Senne
Signature of authorized representative of debtor      Printed name

Title   President of The Senne Company, Inc.

**18. Signature of attorney**

X /s/ Peter N. Tamposi                                Date August 20, 2025
Signature of attorney for debtor                           MM / DD / YYYY

Peter N. Tamposi
Printed name

The Tamposi Law Group, P.C.
Firm name

159 Main ST.
Nashua, NH 03060
Number, Street, City, State & ZIP Code

Contact phone  603-204-5513        Email address  peter@thetamposilawgroup.com

_____
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name: 286 Grand Avenue LLC | |
| United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS | ☐ Check if this is an amended filing |
| Case number (if known): | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BMH Mechanical 24 Bridle Road 00182-1000 | | Plumbing work | | | | $13,500.00 |
| Casino Wharf Condominium c/o Senne Management LLC One Lewis Wharf Boston, MA 02110 | | Related to monthly condominium fees. 286 Grand Avenue LLC is current through July, but owes for August | | | | $5,816.00 |
| Chinghuei Divac-tu 189 Charles Street #2 Cambridge, MA 02141 | | Promissory note holder | | | | $300,000.00 |
| CKC Cleaning Services Inc 270 Communication Way Unit 1F Hyannis, MA 02601 | | Cleaning services | | | | $15,000.00 |
| Goulston & Storrs ne Post Office Square, 25th Floor Boston, MA 02109 | | Giordano Matter | | | | $0.00 |
| Nutter McClennen & Fish LLP 155 Seaport Blvd Boston, MA 02210 | | Real estate work | | | | $0.00 |
| Senne Management LLC One Lewis Wharf Boston, MA 02110 | | Maintenance Fees | | | | $8,628.00 |

## United States Bankruptcy Court
### District of Massachusetts

In re  **286 Grand Avenue LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of The Senne Company, Inc. of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 20, 2025**

/s/ William P. Senne  
William P. Senne/President of The Senne Company, Inc.  
Signer/Title

BMH Mechanical
24 Bridle Road
 00182-1000

Casino Wharf Condominium
c/o Senne Management LLC
One Lewis Wharf
Boston, MA 02110

Chinghuei Divac-tu
189 Charles Street #2
Cambridge, MA 02141

CKC Cleaning Services Inc
270 Communication Way Unit 1F
Hyannis, MA 02601

Goulston & Storrs
ne Post Office Square, 25th Floor
Boston, MA 02109

H1H2 LLC
501 Glen Rd.
Weston, MA 02093

Michael Giordano
8 Graystone Lane
York, ME 03909

Nutter McClennen & Fish LLP
155 Seaport Blvd
Boston, MA 02210

Philip M. Giordano
Reed & Giordano, PA
177 State ST.
One McKinley Sq., 6th Floor
Boston, MA 02109-2724

Roc360 Real Estate Trust, Inc.
c/o John M. Allen
McCarter & English
260 Franklin St.
Boston, MA 02110

Senne Management LLC
One Lewis Wharf
Boston, MA 02110

Tryon Street Acquisition Trust
As assignee of CCG Fund I, LLC
300 South Syron St.
Charlotte, NC 28202

# United States Bankruptcy Court
## District of Massachusetts

In re __286 Grand Avenue LLC__

Debtor(s)

Case No.

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __286 Grand Avenue LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

The Senne Company, Inc. owns 100% of Senne Development LLC, which owns 100% of 286 Grand Avenue LLC
1 Lewis Wharf
Boston, MA 02110

☐ None [*Check if applicable*]

August 20, 2025

Date

/s/ Peter N. Tamposi

Peter N. Tamposi

Signature of Attorney or Litigant
Counsel for   286 Grand Avenue LLC
The Tamposi Law Group, P.C.
159 Main ST.
Nashua, NH 03060
603-204-5513
peter@thetamposilawgroup.com